# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

April 24, 2026

Request GRANTED.  The initial pretrial
conference scheduled for May 6, 2026 is
ADJOURNED until **June 23, 2026** at **12:00 p.m.**

**VIA CM/ECF**
Honorable Magistrate Judge Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Date:   April 27, 2026
         New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

Re: Velasquez v. Antojitos Del Mangu 3rd Ave Restaurant Corp. et al.
      Case 1:26-cv-00022-JLR

Dear Judge Rochon:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Pretrial Conference in this matter is currently scheduled for May 6, 2026.  However, Defendants have not yet appeared in this matter.  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Pretrial Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first extension request.

Sincerely,

By: /S/ B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 400
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile:  (305) 704-3877
     Email: bbw@weitzfirm.com