UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

                    Plaintiff,

       -against-

ANTOJITOS DEL MANGU 3RD AVE
RESTAURANT CORP., a New  York
corporation, d/b/a ANTOJITOS  DEL
MANGU, and JEFFERSON/3531 LLC, a
New York limited liability  company,

                  Defendants.

Case No. 1:26-cv-00022 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

     According to the docket, Plaintiff received a Clerk's Certificate of Default on June 22, 2026.  Dkt. 20.  Therefore, Plaintiff shall file a motion for default judgment by **July 20, 2026**. Plaintiff shall serve Defendants with a (1) copy of this Order **within two business days of the filing of this Order**, and (2) a copy of the motion for default judgment **within two business days of the filing of the motion**.  Within **two business days of service,** Plaintiffs must file proof of such service on the docket.  Defendants shall file any opposition to the motion by **August 3, 2026**.

Dated: July 2, 2026
      New York, New York

                                  SO ORDERED.

                                 _Jennifer Rochon_____
                                 JENNIFER L. ROCHON
                                 United States District Judge