**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

RICARDO VELASQUEZ,

Plaintiff,

-against-

ANTOJITOS DEL MANGU 34RD AVE RESTAURANT CORP, *et al.*,

Defendants.

---------------------------------------------------------------------X

**26 Civ. 0022 (JLR) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's latest certificate of service at Docket Number 34. Therein, Plaintiff writes that his first certificate of service "inadvertently and unintentionally referenced" Docket Number 25 as Docket Number 28. Accordingly, Plaintiff now attests to have served Defendant Antojitos Del Mangu 3rd Ave Restaurant Corp. d/b/a Antojitos Del Mangu with the motion for default judgment aimed at that Defendant twice. However, this presents a new problem, as Plaintiff no longer attests to having served his motion for default judgment as to Defendant Jefferson/3531 LLC on that Defendant. Accordingly, Plaintiff shall file a certificate of service as to his motion at Docket Number 28 by no later than Tuesday, September 1, 2026.

**SO ORDERED.**

DATED: New York, New York
August 28, 2026

The Honorable Gary Stein
United States Magistrate Judge